# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-01827-RGA |
| v. | ) ) | JURY TRIAL DEMANDED |
| DATAWATCH CORPORATION, CHRISTOPHER T. COX, DONALD R. FRIEDMAN, THOMAS H. KELLY, DAVID C. MAHONEY, JOAN MCARDLE, MICHAEL A. MORRISON, RICHARD DE J. OSBORNE, RANDALL P. SEIDL, ALTAIR ENGINEERING INC., and DALLAS MERGER SUB, INC., | ) ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Louis Scarantino ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: January 14, 2019

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
_____
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com